

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00766-CV

Jose Cruz **RODRIGUEZ**,
Appellant

v.

Gilbert **RODRIGUEZ** and Nancy Rodriguez,
Appellees

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV01318
Honorable J. Frank Davis, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: February 5, 2020

DISMISSED FOR WANT OF PROSECUTION

On December 3, 2019, we struck appellant's brief because the brief violates Rules 9 and 38 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9, 38. We ordered appellant to file an amended brief in compliance with the Texas Rules of Appellate Procedure by January 2, 2020, or the appeal would be dismissed for want of prosecution. Appellant did not file an amended brief or request an extension of time. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM